UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JUSTIN ONNE,

                  Plaintiff,

  -against-

MUSEUM OF CHINESE IN AMERICA AND NANCY YAO MAASBACH,

                  Defendants.
------------------------------------------------------------------ X

21 CIV 6069 (JPO)

RULE 68 JUDGMENT

WHEREAS, Defendants served Plaintiff with an Offer of Judgment pursuant to Rule 68, Fed. R. Civ. P. on January 3, 2022, and

WHEREAS, Plaintiff filed his Acceptance of the Offer of Judgment on January 17, 2022; it is hereby

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff JUSTIN ONNE against defendants MUSEUM OF CHINESE IN AMERICA and NANCY YAO MAASBACH, jointly and severally, in the total amount of $55,000.00 (Fifty Five Thousand Dollars), which is inclusive of all attorneys' fees and costs and is not to be taken as an admission of liability or wrongdoing on the part of Defendants.

Dated:  January 19, 2022
          New York, New York

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge